**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JAMES EDWARD SMITH
ADC #103093**                                                                                          **PLAINTIFF**

**v.**                              **CASE NO. 5:10CV00220 BSM/JTR**

**RAY HOBBS, Director,
Arkansas Department of Correction et al.**                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed, without prejudice, for failing to state a claim upon which relief may be granted. It is further certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this judgment and the accompanying order of dismissal would not be taken in good faith.

Dated this 25th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE